JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Alma Pomares,<br><br>    Plaintiff<br><br>  v.<br><br>Alejandro Mayorkas, United States Secretary of Homeland Security; Ur Mendoza Jaddou, Director of U.S. Citizenship and Immigration Services; Michael Valverde, Associate Director of Field Operations Directorate of U.S.C.I.S.; Lola K. Paroucua, Las Vegas Field Office Director of U.S.C.I.S.; and John Doe, Adjudication Officer for Las Vegas Field Office of U.S.C.I.S.;<br><br>    Defendants | Case No. 2:22-cv-01854-CDS-DJA<br><br>**STIPULATION AND ORDER TO DISMISS** |

**IT IS HEREBY STIPULATED AND AGREEED,** by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice. Each party will bear

//

//

//

//

//

//

its own costs and attorney's fees.

Respectfully submitted this 10th day of April 2023.

JASON M. FRIERSON
United States Attorney

*/s/ Anthony D. Guenther*  
ANTHONY D. GUENTHER, ESQ.
Nevada Bar No. 5651
721 S. 6th Street
Las Vegas, Nevada 89101

*Attorney for Plaintiff*

*/s/ Skyler H. Pearson*  
SKYLER H. PEARSON
Assistant United States Attorney

*Attorneys for the United States*

Based on the foregoing stipulation and good cause appearing, **IT IS HEREBY ORDERED** that this action is DISMISSED.

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** April 10, 2023

2